### 1651.   COTTLE *v.* WADE.

POWELL, J.   1. One who has filed a claim to the levy of a lien foreclosure can not successfully urge the point that the verdict finding the property subject is illegal because there was a misjoinder of parties plaintiff.

2. There was sufficient evidence to justify the jury in finding that the claimant bought the property with notice, either actual or constructive, of the lien of the plaintiffs.                    *Judgment affirmed.*

Certiorari, from Tift superior court—Judge Mitchell.   December 18, 1908.

Submitted February 25,—Decided June 15, 1909.

*J. B. Murrow, J. J. Murray,* for plaintiff in error.

*W. J. Wallace,* contra.